# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARILYN MULERO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 23-cv-4795 |
| REYNALDO GUEVARA; GERI LYNN YANOW, as Special Representative for the Estate of ERNEST HALVORSEN; STEPHEN GAWRYS; ANTHONY RICCIO; ROBERT BIEBEL; and CITY OF CHICAGO, a municipal corporation, | ) ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S UNOPPOSED MOTION TO APPOINT SPECIAL REPRESENTATIVE FOR DECEASED DEFENDANT HALVORSEN

Plaintiff Marilyn Mulero, by and through her attorneys and by agreement among the parties, moves the court to appoint Attorney Geri Lynn Yanow as Special Representative of Ernest Halvorsen, deceased, for the purposes of defending this action:

1. Plaintiff filed this lawsuit on July 24, 2023, alleging that she was wrongly convicted of murder. Plaintiff further alleges that one of the individuals responsible for her wrongful conviction was Chicago Police Detective Ernest Halvorsen.

2. Detective Halvorsen died on January 26, 2020, no estate was opened following his death, and as such, Plaintiff named "Geri Lynn Yanow as Special Representative for Ernest Halvorsen, deceased," as a defendant in her Complaint. (Doc. No. 001).

3. Federal district courts in Illinois have the power to appoint special administrators consistent with Illinois law. *Anderson v. Romero*, 42 F.3d 1121, 1124-25 (7th Cir. 1994).

4.	Illinois provides for the appointment of a special representative without the opening of an estate for purposes of defending an action that survives a defendant's death. 735 ILCS 5/13-209(b)(2); *Relf v. Shatayeva*, 2013 IL 114925, Case No. 114925.

5.	Plaintiff contends that the constitutional claims alleged in the complaint survive the death of the Halvorsen. *E.g., Hicks v. Young*, 2012 WL 1755735, at *1-2 (N.D. Ill. May 15, 2012). Courts in this district have appointed special representatives in these circumstances. *E.g., DeLeon-Reyes v. Guevara*, 2019 WL 1200348 (N.D. Ill. March 14, 2019). In fact, courts in this district have granted the same relief Plaintiff seeks here by specifically appointing Attorney Yanow as Special Representative for Ernest Halvorsen. *Mendoza v. City of Chicago*, 23-cv-2441, at Doc. No. 25; *Lugo v. City of Chicago,* 23-cv-1738, at Doc. No. 47.

6.	Attorneys who have appeared for the City of Chicago and the individual Defendants have informed Plaintiff that the next of kin for Ernest Halvorsen has declined to be appointed as Special Representative. Geri Lynn Yanow, an attorney, is willing to serve as Special Representative for Ernest Halvorsen. Accordingly, no additional notice is required to be provided to any of Defendant Halvorsen's heirs or legatees pursuant to 735 ILCS 5/13-209(b)(2).

7.	Plaintiff will not seek punitive damages from Defendant Halvorsen, his estate, or the Defendant Halvorsen's Special Representative in this action.

8.	Counsel for Plaintiff and defense counsel have conferred and Defendants do not oppose the appointment of Geri Lynn Yanow to act as Special Representative on behalf of Defendant Halvorsen.

9.	By not opposing this motion, the City of Chicago and the Special Representative of Ernest Halverson, do not forgo or waive any defenses or the ability to seek dismissal, judgment, relief from order or judgment or an appeal. Further, the City of Chicago and the Special Representative of Ernest Halverson, reserve the right to assert any defense and to pursue any dispositive and post-

judgment motions and any appeals in this matter, including but not limited to those that would otherwise be available had this motion been opposed.

WHEREFORE, Plaintiff respectfully requests that the Court appoint Geri Lynn Yanow as Special Representative for Ernest Halvorsen, deceased.

Dated: September 25, 2023     Respectfully Submitted,

/s/ Carter Grant
One of the Attorneys for Plaintiff

Steven A. Hart
Brian Eldridge
Carter Grant
John Marrese
Julie Murphy
John Chwarzynski Jr.
**HART MCLAUGHLIN & ELDRIDGE, LLC**
One South Dearborn Street, Suite 1400
Chicago, Illinois 60603
Tel: (312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
cgrant@hmelegal.com
jmarrese@hmelegal.com
jmurphy@hmelegal.com
jwc@hmelegal.com

Antonio M. Romanucci
Bryce T. Hensley
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
bhensley@rblaw.net